1  KATHLEEN A. KENEALY, State Bar No. 212289
   Acting Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  CATHERINE WOODBRIDGE, State Bar No. 186186
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 445-8216
6   Fax:  (916) 322-8288
    E-mail:  Catherine.Woodbridge@doj.ca.gov
7  *Attorneys for Defendant Dr. Ma*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| **JOE AMASON,** | 2:12-cv-00388-KJN (PC) |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER DISMISSING CASE** |
| v. | |
| **J. WEDELL, et al.,** | |
| Defendant. | |

19     The parties hereto, Plaintiff Joe Amason and Defendant Dr. Ma, by and through his

20  attorney, have reached a resolution of this matter.  As a result, the parties hereby stipulate and

21  agree as follows:

22     1.   Plaintiff seeks voluntary dismissal of this matter against Defendant Dr. Ma with

23  prejudice.

24     2.   Each party agrees to bear his own costs and fees.

25  / / /

26  / / /

27  / / /

28  / / /

1 | Dated: January 11, 2017                          Respectfully submitted,

KATHLEEN A. KENEALY
Acting Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

*/s/ Catherine Woodbridge*

CATHERINE WOODBRIDGE
Deputy Attorney General
*Attorneys for Defendant Dr. Ma*

8 | Dated: Jan. 11, 2017.

*/s/ Joe Amason*
Joe Amason, Plaintiff

13 | The parties hereby stipulate and agree that the matter shall be dismissed with prejudice against Defendant Dr. Ma.  (ECF No. 56.)  Each party to bear his own costs.

IT IS HEREBY ORDERED THAT:

This matter is dismissed with prejudice against Defendant Dr. Ma.  Each party to bear his/her own costs.

Dated: January 18, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/amas0388.stip.dm